HARRIET CHRISTIANSON, as Administratrix of the Estate of HARRY CHRISTIANSON, Deceased, Respondent, Appellant, v. GRAYBAR CONSTRUCTION CORPORATION, Appellant, THE CITY OF NEW YORK, Respondent, and BUFFINGTON-WELGE CONSTRUCTION Co., INC., Defendant. (Consolidated Appeals.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ.

HYMAN DAVIDSON, Respondent, v. LOUIS HEYMAN, City Marshal, and FRANKLIN BAKERS SUPPLY Co., INC., Appellants.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ.

DAVID DEITCH, an Infant, by SOL DEITCH, His Guardian ad Litem, and SOL DEITCH, Respondents, v. ALEX GREEN, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ.

EVERETT H. FITCHETT, JR., an Infant, by EVERETT H. FITCHETT, His Guardian ad Litem, Respondent, v. MORRIS HOROWITZ, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ.

MARTHA ANNA TODD FORBES, Appellant, v. WILKIE TODD and ANTOINETTE TODD, His Wife, and Others, Respondents, and PEEKSKILL GARDENS, INC., and ANNIE TODD, Defendants.— Motion for leave to appeal to the Court of Appeals granted and the following questions certified: *First.* Has the plaintiff a legal right to prosecute this action in her name as an individual as the sole heir at law of William Todd, deceased? *Second.* Has the Statute of Limitations barred the plaintiff's claim, if any? *Third.* Is the plaintiff estopped from maintaining this action? *Fourth.* Did the defendants Alpheus and Wilkie Todd obtain adverse title and possession to the premises as against the plaintiff? *Fifth.* Has the plaintiff legally proved any cause of action against Alpheus and Wilkie Todd? Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ. [See 241 App. Div. 298.]

MITA GRAWUNDER, Respondent, Appellant, v. BETH ISRAEL HOSPITAL ASSOCIATION, Appellant, Respondent, and CHARLES GOODMAN, Defendant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Motion for stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ.